STATE OF NEW JERSEY v. LARRY RAWLS.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. MICHAEL GRAVES.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. THOMAS BAILIFF.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. LARRY DOUGLAS.

March 18, 1985.

Petition for certification denied.

STATE OF NEW JERSEY v. CEDRIC MCRAE.

March 18, 1985.

Petition for certification denied.